UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**DANIEL P. KLAHN, SR.;**,             Civil Case No. 3:12-CV-01990-KI
**LAURIE KLAHN**,
        Plaintiffs,

                                             JUDGMENT

                   v.

**SANTANDER CONSUMER USA, INC.**,

        Defendant.


      Daniel P. Klahn, Sr.
      Laurie Klahn
      55 NE Bridgton Road
      Portalnd, Oregon  97211

          Pro Se Plaintiffs

Page 1 - JUDGMENT

J. Owen Campbell
Severson & Werson
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California  92612

      Attorneys for Defendant

KING, Judge:

    Based on the record,

    IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice.

    Dated this      19th      day of September, 2013.

                                      /s/ Garr M. King
                                      Garr M. King
                                      United States District Judge