UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**DANIEL P. KLAHN, SR.;**,  
**LAURIE KLAHN**,  
          Plaintiffs,

v.

**SANTANDER CONSUMER USA, INC.**,

          Defendant.

Civil Case No. 3:12-CV-01990-KI

JUDGMENT

    Daniel P. Klahn, Sr.  
    Laurie Klahn  
    55 NE Bridgton Road  
    Portalnd, Oregon  97211

        Pro Se Plaintiffs

Page 1 - JUDGMENT

J. Owen Campbell
Severson & Werson
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California  92612

  Attorneys for Defendant


KING, Judge:

  Based on the record,

  IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice.

  Dated this   19th   day of September, 2013.


            /s/ Garr M. King
            Garr M. King
            United States District Judge

Page 2 - JUDGMENT